## Gallagher's Estate.

*Appeal—Orphans' court—Findings of fact.*

A finding of fact by the orphans' court based on sufficient evidence to the effect that the sale of certain bonds by an executor was for a valuable consideration and *bona fide*, and that the claimant of the bonds had been guilty of laches, will not be reversed by the appellate court.

Argued May 27, 1907. Appeal, No. 319, Jan. T., 1906, by Andrew Banks, Administrator c. t. a. of Jane Gallagher, deceased, from decree of O. C. Juniata Co. refusing to appoint an auditor in Estate of Robert C. Gallagher, deceased. Before MITCHELL, C. J., BROWN, POTTER, ELKIN and STEWART, JJ. Affirmed.

Petition to appoint auditor.

From the record it appeared that Robert C. Gallagher died testate April 1, 1872, leaving a widow who elected to take against the will. The decedent was possessed of considerable estate, among which were twenty-three United States bonds of $1,000 each. These bonds could not be found after his death. Proceedings were brought by the executor against the widow to recover them and these proceedings were unsuccessful. In 1875 the executor sold the interest in the bonds to one of the residuary legatees for a valuable considera-

tion, and in 1876 charged himself with the amount which he received for them in an account which he filed in the orphans' court to which no exceptions were filed.   In 1878 the widow presented a petition to the orphans' court alleging that the sale of bonds was in fraud of her right and praying for a rule on the executor to transfer to her the interest and title of the decedent to one-half of the bonds.   An auditor was appointed on this petition, but he filed no report.   In 1906 the administrator of the widow presented a petition for a rule on the administrator of Robert Gallagher to show cause why an auditor should not be appointed in place of the auditor who had been appointed in 1878, and who was deceased.   The court refused to appoint the auditor and the administrator of the widow appealed.

*Error assigned* was order refusing to appoint auditor.

*J. Howard Neely*, with him *L. E. Atkinson*, for appellant.

*J. Mac Barnett*, of *Barnett & Son*, with him *J. A. Gallagher*, for appellee.

PER CURIAM, June 3, 1907:

The learned judge below summed up the whole controversy in this case in the concluding sentence of his opinion.   " We are of the opinion that the confirmation of the account was conclusive, the title of the bonds passed to J. H. Gallagher, and the sale being for a valuable consideration was *bona fide ;* that Jane Gallagher was guilty of laches, and her administrator has now no right, title or interest in the bonds."   A review of the evidence satisfies us that this was the correct conclusion.

Decree affirmed.